# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. Wade Dockery                          Docket No. 5:10-M-1106-1

## Petition for Action on Probation

COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Wade Dockery, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 14-107, Worthless Checks, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on October 6, 2010, to a 12-month term of probation under the standard conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is being supervised by U.S. Probation Officer Jerry L. Goolsby in the Southern District of Illinois. During the defendant's initial visit with Officer Goolsby, he submitted a urine sample that tested positive for marijuana. When confronted with the results, the defendant admitted to using marijuana prior to sentencing. In order to monitor the defendant's substance abuse issues, we are recommending that the conditions be modified to include substance abuse counseling and testing.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant shall participate as directed and approved by the probation officer in a program for treatment of narcotic addiction, drug dependance, or alcohol dependance, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility, or residential reentry center. Any participation in treatment will require complete abstinence from all alcoholic beverages and illegal substances. The defendant shall pay for the costs associated with substance abuse counseling and/or testing based on a co-pay sliding fee scale approved by the United States Probation Office. Co-pay shall never exceed the total costs of counseling.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Eddie J. Smith<br>Eddie J. Smith<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: November 16, 2010 |

Wade Dockery
Docket No. 5:10-M-1106-1
Petition For Action
Page 2

## ORDER OF COURT

Considered and ordered this __17__ day of __November__, 2010, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge